

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

**MEMO ENDORSED**

July 9, 2008

By Hand

Honorable Douglas F. Eaton
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1360
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08

      Re: <u>Virginia Ortiz v. Astrue</u>
           07 Civ. 5672 (PAC)(DFE)

Dear Judge Eaton:

    This Office represents the defendant, Commissioner of Social Security, in the above-referenced matter. The parties have conferred and respectfully propose the following briefing schedule for this case: Defendant will file his motion for judgment on the pleadings by August 8, 2008. Plaintiff <u>pro se</u> will file her opposition by September 8, 2008. Defendant will file his reply, if any, by September 29, 2008.

    Thank you for your consideration of this request.

                        Respectfully,

                        MICHAEL J. GARCIA
                        United States Attorney

           By: _____
                 LESLIE A. RAMIREZ-FISHER
                 Assistant U.S. Attorney
                 Telephone: (212) 637-0378
                 Fax: (212) 637-2750

cc: Virginia Ortiz, Plaintiff <u>Pro Se</u> (By Overnight Mail)

*7/10/08 - I approve this briefing schedule.*

*Douglas F. Eaton*

**MEMO ENDORSED**

USDC SDNY
DATE SCANNED 7/11/08