

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

July 29, 2008

By Hand

Honorable Douglas F. Eaton
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1360
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08
```

      Re:  Virginia Ortiz v. Astrue
           07 Civ. 5672 (PAC)(DFE)

Dear Judge Eaton:

    This Office represents the defendant, Commissioner of Social Security, in the above-referenced matter. On July 24, 2008, this Office received voluminous medical records from the Lebanon Hospital pertaining to plaintiff pro se. To permit defendant sufficient time to review these medical records, I respectfully request an extension of thirty days to file defendant's motion for judgment on the pleadings, which is currently due on August 8, 2008.

    Should the Court approve this request, defendant's motion will be due by September 8, 2008 (September 7, 2008 falls on a Sunday). Plaintiff pro se will file her opposition by October 8, 2008. Defendant will file his reply, if any, by October 22, 2008.

    This is defendant's first request for an extension on the briefing schedule. We attempted to reach plaintiff pro se on several occasions, but did not return our telephone calls.

*[handwritten margin note: COPIES MAILED TO COUNSEL OF RECORD 7/31/08]*

*[handwritten endorsement:]* 7/30/08 – I approve this revised briefing schedule.

*/s/ Douglas F. Eaton*

**MEMO ENDORSED**

USDC SDNY
DATE SCANNED 7/30/08

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *(signature)*
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Virginia Ortiz, Plaintiff Pro Se (By Federal Express)